MINUTE ENTRY
NORTH, M.J.
NOVEMBER 15, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 23-176

ADONTE TURNER                               SECTION: R

*Initial Appearance/*
BOND REVOCATION HEARING

PRESENT:  X / DEFENDANT
          __ / DEFENDANT CONSENTED TO APPEAR BY VIDEO
          X / COUNSEL FOR DEFENDANT DAVID ARENA
          X / ASST. U. S. ATTORNEY MARIA CARBONI
          X / PRETRIAL/PROBATION OFFICER GREGORY BURCH
          __ / INTERPRETER
          __ / GOVERNMENT WITNESS(ES)_____
          __ / DEFENSE WITNESS(ES)_____

__/ DEFENDANT'S MOTION FOR BOND REDUCTION DENIED; ORIGINAL BOND REMAINS IN FORCE.

__/ DEFENDANT'S MOTION FOR BOND REDUCTION GRANTED; BOND REDUCED TO _____

__/ GOVERNMENT'S MOTION FOR BOND INCREASE DENIED; ORIGINAL BOND REMAINS IN FORCE.

__/ GOVERNMENT'S MOTION FOR BOND INCREASE GRANTED; BOND INCREASED TO _____

__/ GOVERNMENT'S MOTION TO REVOKE BOND GRANTED AND THE DEFENDANT'S BOND IS ORDERED REVOKED.

__/ DEFENDANT VOLUNTARILY SURRENDERED THE BOND.
X / DEFENDANT RELEASED ON (ORIGINAL)/AMENDED BOND.
__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL.

__/ OTHER_____

MJSTAR: 00: 10