MINUTE ENTRY
VANCE, J.
JANUARY 9, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 23-176 |
| ADONTE TURNER (CUSTODY) | SECTION:  R |

CASE MANAGER:  CHERIE STOUDER
COURT REPORTER:  ALEXIS VICE
LAW CLERK:   CAMERON WALLACE

### REARRAIGNMENT
(Continued from 1/9/2024)

APPEARANCES:  ADONTE TURNER, DEFENDANT
DAVID L. ARENA, COUNSEL FOR DEFENDANT
MARIA CARBONI, ASSISTANT U.S. ATTORNEY

Court begins at 10:40 a.m.
All present and ready.
Defendant previously sworn and questioned by the Court.
Factual basis summarized by the government, signed by all parties, and filed into the record.
The Court finds there is a factual basis for the plea of guilty in this matter and that the defendant is fully competent to enter her plea of guilty and is pleading guilty knowingly and voluntarily.
The defendant is ADJUDGED GUILTY on her plea of Guilty.
PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED AS TO THIS DEFENDANT.
Pre-Sentence Investigation ORDERED.
SENTENCING HEARING set for WEDNESDAY, APRIL 10, 2024, at 10:30 a.m.
Defendant is REMANDED.
Court adjourned at 10:48 a.m.

JS-10: 00:08