MINUTE ENTRY
NORTH, M.J.
JANUARY 10, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-176 |
| ADONTE TURNER | SECTION R |

A status hearing regarding bond was held this date before United States Magistrate Judge Michael B. North.

PRESENT:   Brian Klebba, Asst. U.S. Attorney
David Arena, Counsel for the defendant
Adonte Turner, Defendant
Amy LaPointe, U.S. Probation Officer

**IT IS ORDERED** that an unsecured appearance bond is set in the amount of $5,000.00.

The conditions of bond are: (1) submit to supervision by and report for supervision to the U.S Probation; (2) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Eastern District of Louisiana; (3) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution; (4) including: void all contact with witnesses or co-defendants, cannot discuss details of case with co-defendant/mother, Tiffany Turner. Not to discuss case with Dimitri Frazier; (5) get medical or psychiatric treatment: Defendant is to attend all treatment sessions with ExcelTh. (6) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; (7) submit to drug testing for a prohibited substance as instructed by the pretrial services office or supervising officer; (8) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer; (9) report as soon as possible, any contact with law enforcement personnel to U.S. Probation; (10) Defendant is to sign a release of information to allow for verification of attendance and monitoring: (11) for officer safety defendant is to be monitored through office visits only; (12) verify present address with U.S. Probation; (13) provide proof of medications to U.S. Probation; and (14) resolve warrant in Orleans Parish within 30 days of release on bond supervision.

The bond papers were executed and the defendant was released.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:13