MINUTE ENTRY
VANCE, J.
JULY 15, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL CASE**

**VERSUS**                                      **NO. 23-176**

**ADONTE TURNER  (BOND)**                       **SECTION: R**


**CASE MANAGER: CHERICE SUER**
**COURT REPORTER: SAMMANTHA MORGAN**
**LAW CLERK: CAROLINE KORNDORFFER**

### SENTENCING

**APPEARANCES:  ADONTE TURNER, DEFENDANT**
**DAVID L. ARENA, COUNSEL FOR DEFENDANT**
**MARIA MICHELLE CARBONI, ASSISTANT U.S.**
**ATTORNEY**
**THAIS SAUNDERS, U.S. PROBATION OFFICER**

Court begins at 10:42 a.m.
All present and ready.
Defendant present for sentencing as to Count 1 of the Indictment.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Court adjourned at 10:55 a.m.

JS-10: 00:13